# United States District Court
## District of Maryland 06 - 474 - M - 01

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| JAIMEL PEACE | Case No.: 05-744 JKS |

**FILED**

TO: The United States Marshal and any
Authorized United States Officer

NOV 0 9 2006

YOU ARE HEREBY COMMANDED to arrest **JAIMEL PEACE** and bring him/her forthwith to the nearest magistrate judge
to answer a(n)

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Oral Order of Court   ☒ Violation Notice   ☐ Probation Violation

charging him/her with *(brief description of offense)*: **FAILURE TO APPEAR FOR INITIAL APPEARANCE ON VIOLATION OF PROBATION**

Felicia C. Cannon
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Patricia K. Fosbrook
(By) Deputy Clerk

December 12, 2005, Greenbelt, Maryland
Date and Location

Bail fixed at $ NO BOND - MUST APPEAR

by _____
THOMAS M. DIGIROLAMO
United States Magistrate Judge

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at _____ |
|---|

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 11/09/06 | D.L. BALDWIN  BDUSM | [signature] |
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/98)

PROB 12
(Rev. 3/88)

# United States District Court
## for the
## DISTRICT OF MARYLAND

06-474-M-01

**FILED**

NOV 0 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Docket No.: 05-744M

U.S.A. vs. Jaimel Peace

Petition on Probation

COMES NOW Sharnell Howell PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jaimel Peace who was placed on supervision for **Drivinf Under the Influence of Alcohol** by the Honorable **Thomas M. DiGirolamo, U.S. Magistrate Judge**, sitting in the court at Greenbelt, Maryland, on the 4th day of May, 2005 who fixed the period of supervision at 30 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

1. The defendant is instructed to pay a Special Assessment in the amount of $10.00.
2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall perform one hundred (100) hours of community service as directed by the probation officer.
4. The defendant shall attend the Victim Impact Panel as directed by the probation officer.
5. The defendant shall not operate a motor vehicle until properly licensed. The defendant shall make a good faith effort to obtain a valid license.
6. The defendant's probation may be transferred to the District of Columbia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Continues on following page

WHEREAS:   As to date, Mr. Peace has failed to complete his 100 community service hours. In violation of Additional Condition #3, as listed above.
WHEREAS:   On September 14, 2005, Mr. Peace travel to North Carolina without the permission of the probation officer. In violation of Standard Condition #1 which states that the defendant shall not leave the judicial district without permission.
WHEREAS:   On May, June, July and August 2005, Mr. Peace failed to provide proof of employment and to submit written monthly reports. In violation of Standard Condition #2 which states that the defendant shall report to the probation officer as directed and submit a written report each month; and Standard Condition #5 which states that the defendant shall work regularly at a lawful occupation unless excused by the probation officer.
WHEREAS:   On July 27, 2005, Mr. Peace failed to attend the Victim Impact Panel. In violation of Additional Condition #4, as listed above.

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Jaimel Peace to appear before this court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 21st day of
Nov., 2005 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Sharnell Howell, U.S. Probation Officer

Place  Greenbelt, Maryland

Date   November 16, 2005

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

L-70

Bm 25

STATE OF _____VIRGINIA_____           PDID NO. _____

vs                                    SP NO. _____

PEACE, JAMIEL AKA PEACE, JAIMEL

### ORDER FOR RETURN OF FUGITIVE UPON WAIVER

____PEACE, JAMIEL AKA PEACE, JAIMEL____, having appeared with counsel in open Court on ____NOVEMBER 01, 2006____ and having waived further proceedings pursuant to law and indicated his desire to return voluntarily to the State of ____VIRGINIA____ is hereby

ORDERED detained at the District of Columbia Jail pending return to the State of ____VIRGINIA____ in the custody of the proper officials of said state; and it is FURTHER ORDERED that if ____PEACE, JAMIEL AKA PEACE, JAIMEL____ has not been surrendered to the custody of a proper official of the State of ____VIRGINIA____ by ____NOVEMBER 06, 2006____ (3 days, not including Saturday, Sunday or holidays), he shall be returned FORTHWITH to this Court for such further proceedings as the Court shall deem appropriate.

11/1/06
DATE                                  JUDGE

### RETURN

OFFICIAL: _____          NOV 1 2006 PM 6:32
           NAME

_____
ADDRESS

_____
TITLE

WHITE-COURT COPY
YELLOW-DEFENDANT'S COPY
PINK-JAIL COPY
GOLDENROD-COPY TO BE RETURNED TO COURT AFTER EXECUTED

Form CD-604/Nov. 87

** TOTAL PAGE.04 **