**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 11/30/06

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
6500 Cherrywood Lane Ste 200
Greenbelt, Md. 20770

RE: 06MG474 JAIMEL PEACE

FILED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | | Warrant of Removal |
| X | Warrant/Violation Notice | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |

x   Other-Blotter dated 11/29/06, 11/22/06, 11/16/06, 11/14/06 and 11/9/06

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk